## COLLECTION CORPORATION, LIMITED, *v.* H. ANA-MI AND JUE ANAMI.

### No. 2290.

FILED JUNE 1, 1937.                    DECIDED JUNE 29, 1937.

COKE, C. J., BANKS, J., AND CIRCUIT JUDGE METZGER
IN PLACE OF PETERS, J., ABSENT.

*Per Curiam.* This is a motion for a rehearing. The burden of the movants' complaint is that this court failed to consider a vital question of law that was involved in the case. This is not factually true. The question referred to was fully argued both orally and in the briefs of counsel and was duly considered. We know of no reason why it should be reconsidered. The other grounds of the motion are also without merit.

Motion is denied.

*C. Y. Shimamura* for the petition.